Jason W. Estavillo (Bar No. 188093)
LAW OFFICES OF JASON ESTAVILLO
1330 Broadway, Suite 933
Oakland, CA 94612
Telephone: (510) 982-3001
Facsimile: (510) 982-3302

Attorney for Ismail J. Unlu
and Meral U. Unlu

**DENIED**
Judge Edward J. Davila

9/26/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAIL J. UNLU and MERAL U. UNLU,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., et.al.,<br><br>Defendants | Case No.: 5:10-CV-05422 EJD<br><br>**ORDER DENYING STIPULATION FOR THE CONTINUATION OF MOTION FOR HEARING AND CASE MANAGEMENT CONFERENCE**<br><br>**Hearing Date: October 28, 2011**<br>**Time: 10:00 A.M.**<br>**Courtroom: 8**<br>**Judge: The Honorable Edward J. Davila** |

**ORDER**

UPON A READING of the foregoing Stipulation of the parties

IT IS HEREBY ORDERED the hearing remains on calendar as previously set for

October 28, 2011 at 9:00 AM for hearing on Defendant's Motions to Dismiss and

October 28, 2011 at 10:00 AM for Case Managemnet Conference.

Dated: September 26, 2011

_____
THE HONORABLE EDWARD J. DAVILA

LAW OFFICE OF JASON W. ESTAVILLO
1330 Broadway, Suite 933
Oakland, CA 94612
Telephone: (510) 982-3001
Facsimile: (510) 982-3302